1  William J. Zeutzius, Jr., State Bar No. 152829
   LAW OFFICES OF ZEUTZIUS & LaBRAN
2  234 East Colorado Blvd., Suite 620
   Pasadena, California 91101
3  Telephone: (626) 795-4276
   Facsimile: (626) 405-0952
4

5  Attorney for Plaintiff-Judgment Creditor,
   Korean Independence Historical Association, Inc.
6

7

8              UNITED STATES DISTRICT COURT

9    CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION - LOS ANGELES

10

11 KOREAN INDEPENDENCE            )   CASE NO: CV-05-00995-WMB (PJWx)
   HISTORICAL ASSOCIATION, INC., a )
12 California corporation         )
                                  )   **RENEWED JUDGMENT**
13        Plaintiff,              )
                                  )
14 vs.                            )
                                  )
15                                )
   YONSEI UNIVERSITY, a South Korean )
16 entity                         )
                                  )
17        Defendants.             )

18        Plaintiff and Judgment Creditor's, KOREAN INDEPENDENCE HISTORICAL

19 ASSOCIATION, INC., a California corporation, (KIHAI's), Application for and Renewal of

20 Judgment, coming on properly before the Court, the judgment in Case No. CV-05-00995-WMB

21 (PJWx), of the United States District Court, Central District of California, Western Division, entered

22 July 8, 2010, Nunc Pro Tunc, and effective as of April 14, 2005, is hereby Ordered Renewed for the

23 amounts as follows:

24        a. Total Judgment as of April 14, 2005:           $ 13,230,472.00
          b. Costs After Judgment:                          $        -0-
25        c. Subtotal (*add a and b*):                      $ 13,230,472.00
          d. Credits After Judgment:                        $        -0-
26        e. Subtotal (*subtract d from c*):                $ 13,230,472.00
          f. Interest After Judgment: (**28 USC §1961**):   $  2,135,308.82
27        g. Fee for filing Renewal of Judgment:            $        -0-
          h. **Total Renewed Judgment** (*add e, f, and g*): **$ 15,365,780.82**
28 / / /

1  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that effective as of the date of the filing of KIHAI's Application for and Renewal of Judgment, in Case No. CV-05-00995-WMB (PJWx), the civil money judgment of the United States District Court, Central District of California, Western Division, entered July 8, 2010, Nunc Pro Tunc, and effective as of April 14, 2005, is hereby RENEWED for the amounts indicated above.

Dated: 10/8/14

Hon. GEORGE H. KING
United States District Court Judge