1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOREAN INDEPENDENCE HISTORICAL ASSOCIATION, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>YONSEI UNIVERSITY, a South Korean entity,<br><br>Defendant. | Case No. 2:05-cv-00995-WMB-PJW<br><br>**RENEWED JUDGMENT** |

Plaintiff-Judgment Creditor, Korean Independence Historical Association, Inc.'s, a California corporation ("KIHAI"), Application for and Renewal of Judgment, coming on properly before the Court, the judgment in Case No. 2:05-cv-00995-WMB-PJW in the United States District Court, Central District of California, Western Division, entered July 8, 2010, Nunc Pro Tunc, and effective as of April 14, 2005, is hereby ORDERED RENEWED for the amounts as follows:

| | |
|---|---|
| a. Total Renewed Judgment as of October 9, 2014 | $15,365,780.82 |
| b. Costs After Judgment: | $0.0 |
| c. Subtotal *(add a and b)*: | $15,365,780.82 |
| d. Credits After Judgment: | $0 |
| e. Subtotal *(subtract d from c)*: | $15,365,780.82 |
| f. Interest After Judgment: **(28 USC §1961)**: | $2,840,235.29 |
| g. Fee for filing Renewal of Judgment: | $0.0 |
| h. **Total Renewed Judgment** *(add e, f, and g)*: | $18,206,016.11 |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** that effective as of the date of the filing of KIHAI's Application for and Renewal of Judgment, in Case No. Case No. 2:05 cv 00995-WMB-PJW, the civil money judgment of the United States District Court, Central District of California, Western Division, entered July 8, 2010, *nunc pro tunc*, and effective as of April 14, 2005, is hereby RENEWED, *nunc pro tunc*, to June 17, 2024 for the amounts indicated above.

Dated: October 29, 2024

_____
DOLLY M. GEE
Chief U.S. District Judge